■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BLAKE, Appellant. [46 NYS3d 865]—

Judgment, Supreme Court, New York County (Neil E. Ross, J.), rendered March 2, 2015, convicting defendant, upon his plea of guilty, of burglary in the third degree and two counts of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to an aggregate term of 6½ to 13 years, unanimously affirmed.

Defendant made a valid waiver of his right to appeal. The court's oral colloquy with defendant concerning the waiver went well beyond the minimum standards for such a colloquy (*see People v Bryant*, 28 NY3d 1094 [2016]), and defendant also acknowledged that he understood a written waiver, which supplemented the oral waiver.

Review of defendant's claims is foreclosed by the waiver. Alternatively, we find these claims unavailing. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.